# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**GARY LEON WEBSTER**                                                              **PLAINTIFF**
**ADC #114018**

v.                      **CASE NO. 3:20-CV-00020 BSM**

**DOE et al.**                                                                              **DEFENDANTS**

## ORDER

Gary Webster's motion for leave to proceed *in forma pauperis* [Doc. No. 3] and motion to appoint counsel [Doc. No. 5] are denied. This case is dismissed without prejudice.

Webster has received at least three strikes under the PLRA. *See Webster v. Does*, 3:19-CV-00059 DPM (E.D. Ark. filed March 20, 2019); *Webster v. Pigg*, 3:19-CV-00060 DPM (E.D. Ark. filed March 20, 2019); *Webster v. Days Inn Motels, Inc.*, 3:19-CV-00078 DPM (E.D. Ark. filed March 20, 2019). Based on the allegations in his complaint [Doc. Nos. 1, 4], it does not appear that Webster is in imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

If Webster would like to continue with this case, he must first pay the filing fee of $400 to the clerk, noting the above style and case number, within thirty days of the date of this order along with a motion to reopen this case. Upon receipt of the full filing fee and his motion, this case will be reopened. It is certified that an *in forma pauperis* appeal from this order and accompanying judgment would not be taken in good faith.

IT IS SO ORDERED this 23rd day of March 2020.

                                                                            _____
                                                                            UNITED STATES DISTRICT JUDGE