IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GARY LEON WEBSTER              PLAINTIFF
ADC #114018

v.         CASE NO. 3:20-CV-00020 BSM

DOE et al.                     DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 23rd day of March 2020.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE